UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RE:     *Ramirez v. Barr, et al*                                   Civil Action No. 4:20-CV-1746

Inmate:  Rigoberto Ramirez Ramirez                    (JUDGE MANNION)

Reg. ID:  A #206-771-661

### ORDER

This habeas corpus matter was lodged by the petitioner on September 24, 2020, without a filing fee or, an application to proceed *in forma pauperis*. (Doc. 1).

Accordingly, on September 24, 2020, an Administrative Order issued in this case which informed the petitioner that this action would not proceed unless the petitioner, within thirty (30) days of the date of the Administrative Order, either: (1) tendered to the "Clerk, U.S. District Court" payment in the amount of $5.00; **or** (2) filed a properly completed and signed application to *proceed in forma pauperis*. An application to proceed *in forma pauperis* was enclosed.  Petitioner was advised that failure to comply with the terms of the Administrative Order within thirty (30) days would cause this case to be dismissed without prejudice. (Doc. 3).

More than thirty (30) days have elapsed and the Petitioner has made neither an appropriate submission, nor requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

Further, on November 3, 2020, the Respondent filed a Suggestion of Mootness in which she indicates, *inter alia*, that legal counsel for ICE has recently advised that the United States Attorney's Office that on October 29, 2020, the petitioner was removed from the United States and that the Court should dismiss the petition as moot.  (Doc. 6).

**THEREFORE, IT IS ORDERED** that this action is dismissed without prejudice, and the Clerk of Court shall close this file.

_/s/ Malachy E. Mannion_
MALACHY E. MANNION
United States District Judge
Middle District of Pennsylvania

**Dated: November 5, 2020**
20-1746-01